H. HALL MARSHALL v. THOMAS W. LAMB, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

TIVAD REALTY CORPORATION v. HARRY N. STEIN and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDWARD J. QUINTAL and Others v. SAMUEL UNGERLEIDER and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES B. GRUNDSTEIN and Another.— The chief probation officer of the County Court, Bronx county, is directed to pay the $1,000 now held by him into Municipal Court, Second District, Borough of The Bronx, so that defendants herein may litigate its ownership with plaintiffs in that action. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

A. L. ASTE v. EUSEBIO GHELARDI and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS MONROE.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAXWELL BAKING CORPORATION v. ARTHUR KALFUS and Another.— Motions to dismiss appeals granted, with ten dollars costs, unless appellants procure record on appeal and appellants' points to be filed so that the appeals can be argued on or before December 19, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

AMY TAYLOR and Another v. ELSEMERE TAXI CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of Supplementary Proceedings. SHUBERT THEATRE CORPORATION v. HARRY H. OSHRIN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY and MEIER STEINBRINK, as Trustees, etc., of ISIDOR WARSCHAUER, Deceased, for the Benefit of CARRIE ROTHSCHILD. BANKERS TRUST COMPANY and Another, as Trustees, etc. WARREN W. FOSTER and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

R. & R. PICKLE WORKS v. BIG FOUR CANNING COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.